**In re: Juan Francisco LIZARDO,
Petitioner.**

**No. 07–4496.**

United States Court of Appeals,
Third Circuit.

Submitted Pursuant to Rule 21, Fed.
R.App. P. Dec. 21, 2007.

Filed Feb. 8, 2008.

Juan Francisco Lizardo, Edgefield, SC,
pro se.

Before: SCIRICA, Chief Judge, WEIS
and GARTH, Circuit Judges.

OPINION

PER CURIAM.

Juan Francisco Lizardo petitions for a
writ of mandamus directing the District
Court to rule on his pending motion to
vacate under 28 U.S.C. § 2255. For the
reasons that follow, we will deny the peti-
tion.

Lizardo is incarcerated at the Federal
Correctional Institution in Edgefield,
South Carolina. In his mandamus peti-
tion, Lizardo alleges that he filed a § 2255
motion in the District Court on August 16,
2002, to which the District Court has not
responded. Lizardo asks us to order the
District Court to act on his motion.

By order entered January 25, 2008, the
District Court denied Lizardo's motion
pursuant to 28 U.S.C. § 2255. Because
the District Court has ruled on Lizardo's
motion, we will deny his mandamus peti-
tion as moot. In light of our disposition,
Lizardo's motion for appointment of coun-
sel is also denied.